252 So.2d 668

**Lewis Bernard KROUSE**

v.

**PARNELL, INC., et al.**

No. 51630.

Oct. 1, 1971.

In re: James Gandy Cable Tool Contractor, et al applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Claiborne. 248 So.2d 854; 250 So.2d 430.

Writ denied. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.